**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MARVIN HARRIS,                              No. C 11-04304 SBA (PR)

12              Petitioner,                       **ORDER GRANTING *IN FORMA***
                                                  ***PAUPERIS* STATUS AND DENYING**
13       v.                                       **MOTION FOR APPOINTMENT OF**
                                                  **COUNSEL**
14   TIM VIRGA, Warden,

15              Respondent.
     _____/
16

17          Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28

18   U.S.C. § 2254.  Petitioner also seeks leave to proceed in forma pauperis.  He has also requested

19   appointment of counsel in this action.

20          The Sixth Amendment right to counsel does not apply in habeas corpus actions.  See

21   Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir. 1986).  Title 18 U.S.C. § 3006A(a)(2)(B),

22   however, authorizes a district court to appoint counsel to represent a habeas petitioner whenever "the

23   court determines that the interests of justice so require" and such person is financially unable to

24   obtain representation.  The decision to appoint counsel is within the discretion of the district court.

25   See Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986); Knaubert, 791 F.2d at 728; Bashor v.

26   Risley, 730 F.2d 1228, 1234 (9th Cir. 1984).  The courts have made appointment of counsel the

27   exception rather than the rule by limiting it to: (1) capital cases; (2) cases that turn on substantial and

28   complex procedural, legal or mixed legal and factual questions; (3) cases involving uneducated or

mentally or physically impaired petitioners; (4) cases likely to require the assistance of experts either in framing or in trying the claims; (5) cases in which petitioner is in no position to investigate crucial facts; and (6) factually complex cases.  See generally 1 J. Liebman & R. Hertz, Federal Habeas Corpus Practice and Procedure § 12.3b at 383-86 (2d ed. 1994).  Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations.  See Chaney, 801 F.2d at 1196; Eskridge v. Rhay, 345 F.2d 778, 782 (9th Cir. 1965), cert. denied, 382 U.S. 996 (1966).

At this early stage of the proceedings the Court is unable to determine whether the appointment of counsel is mandated for Petitioner.  Accordingly, the interests of justice do not require appointment of counsel at this time, and Petitioner's request is DENIED.  This denial is without prejudice to the Court's sua sponte reconsideration should the Court find an evidentiary hearing necessary following consideration of the merits of Petitioner's claims.

Petitioner's application to proceed in forma pauperis is GRANTED.  The Court will review Petitioner's habeas petition in a separate written Order.

This Order terminates Docket nos. 5 and 8.

IT IS SO ORDERED.

Dated:  _____10/21/11_____

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
2  FOR THE
   NORTHERN DISTRICT OF
3  CALIFORNIA

4

5

6  MARVIN HARRIS,                                    Case Number: CV11-04304 SBA

7          Plaintiff,                                **CERTIFICATE OF SERVICE**

8      v.

9  T. VIRGA et al,

10         Defendant.
   _____/

11

12 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
   Court, Northern District of California.

13 That on October 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
14 said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
   receptacle located in the Clerk's office.

15

16

17 Marvin  Harris #D-99649
   New Folsom State Prison
18 P.O. Box 29006
   Represa,  CA 95671
19
   Dated: October 25, 2011
20
                                                     Richard W. Wieking, Clerk
21                                                   By: LISA R CLARK, Deputy Clerk

22

23

24

25

26

27

28