IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARVIN HARRIS,

    Petitioner,

v.

T. VIRGA, Warden,

    Respondent.

No. C 11-04304 SBA (PR)

**ORDER OF DISMISSAL**

Petitioner, a state prisoner, filed this pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. His application for leave to proceed in forma pauperis has been granted.

Petitioner has filed a previous petition for a writ of habeas corpus with this Court, challenging the same conviction and sentence. See Case Nos. C 92-2180 JPV and C 92-2181 JPV (consolidated cases). His first petition was considered on the merits and dismissed with prejudice in 1992.

**DISCUSSION**

The Court finds the present petition is a second or successive petition attacking the same conviction and sentence as Petitioner's prior federal habeas petition. A second or successive petition containing new claims may not be filed in the district court unless Petitioner first obtains from the United States Court of Appeals an order authorizing the district court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). Petitioner has not done so. Accordingly, this petition is DISMISSED without prejudice to filing a new habeas action if Petitioner obtains the necessary order.

**CONCLUSION**

For the foregoing reasons, the petition is DISMISSED pursuant to 28 U.S.C. § 2244(b). The Clerk of the Court shall enter judgment in accordance with this Order, terminate all other pending motions (docket nos. 10, 11), and close the file. This Order terminates Docket nos. 10 and 11.

IT IS SO ORDERED.

DATED: 2/9/12

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.11\Harris4303.DISM(successive).wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARVIN HARRIS,

        Plaintiff,

  v.

T. VIRGA et al,

        Defendant.

Case Number: CV11-04304 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marvin Harris #D-99649
New Folsom State Prison
P.O. Box 29006
Represa, CA 95671

Dated: February 10, 2012

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.11\Harris4303.DISM(successive).wpd    2