IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARVIN HARRIS,                                              No. C 11-04304 SBA (PR)

      Petitioner,                                              **JUDGMENT**

v.

T. VIRGA, Warden,

      Respondent.
_____/

    Pursuant to the dismissal order signed today, the petition is DISMISSED as successive pursuant to 28 U.S.C. § 2244(b).

    IT IS SO ORDERED.

DATED: 2/9/12

                                                  SAUNDRA BROWN ARMSTRONG
                                                  UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.11\Harris4303.jud.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARVIN HARRIS,

        Plaintiff,

v.

T. VIRGA et al,

        Defendant.

Case Number: CV11-04304 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marvin Harris #D-99649
New Folsom State Prison
P.O. Box 29006
Represa, CA 95671

Dated: February 10, 2012

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.11\Harris4303.jud.wpd    2